IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MAYRA I. ROMÁN-RAMÍREZ, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL NO. 21-1092 (GLS) |

**ORDER**

Plaintiff Mayra I. Román Ramírez filed a Complaint seeking review of a final decision of the Commissioner of Social Security which denied her application for disability insurance benefits. Docket No. 2. The Commissioner submitted an answer to the Complaint (Docket No. 17) and afterwards moved the Court to enter an order reversing its final decision and remanding Plaintiff's case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Docket No. 29. Pursuant to the Commissioner, remand is warranted to offer Plaintiff the opportunity to submit additional evidence in support of her claim, as well as the opportunity for a new hearing before an Administrative Law Judge, who will re-evaluate medical source opinion evidence and issue a new decision, if necessary. Id. Plaintiff consented to the Commissioner's request. Id.

In view of the foregoing, the Commissioner's motion is **GRANTED**, and the case is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. Section 405(g).

Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. Section 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of September 2022.

s/Giselle López Soler
GISELLE LOPEZ SOLER
United States Magistrate Judge